No. 534. CARVEL CORP. *v.* GRISWOLD, TRUSTEE IN BANKRUPTCY, ET AL. C. A. 1st Cir. Certiorari denied. *Leonard Toboroff* for petitioner. *George D. Reycraft* for respondents.

No. 538. MILLER *v.* MILLER. Sup. Ct. Conn. Certiorari denied. *P. Lawrence Epifanio* and *James F. Bingham* for petitioner.

No. 541. MISSISSIPPI-ALABAMA STATE FAIR *v.* MISSISSIPPI STATE TAX COMMISSION. Sup. Ct. Miss. Certiorari denied. *Thomas Y. Minniece* for petitioner. *John E. Stone, Robert Taylor Carlisle,* and *James E. Williams* for respondent.

No. 543. POSEY *v.* CLARK EQUIPMENT Co. C. A. 7th Cir. Certiorari denied. *Dean A. Robb* for petitioner. *Martin J. Flynn* for respondent.

No. 545. CLARKSDALE MUNICIPAL SEPARATE SCHOOL DISTRICT ET AL. *v.* HENRY ET AL. C. A. 5th Cir. Certiorari denied. *Hardy Lott* for petitioners.

No. 547. CARNATION Co. *v.* GENERAL FOODS CORP., INC. C. A. 7th Cir. Certiorari denied. *Richard R. Trexler* for petitioner. *Arthur G. Connolly* for respondent.

No. 548. NASH *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Jerome J. Londin* for petitioner. *Solicitor General Griswold* for the United States.